No. 95–2030. SCHULZ *v.* CITY OF VERNON ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–2032. SUNAMERICA CORP. ET AL. *v.* SUN LIFE ASSURANCE COMPANY OF CANADA ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–2035. MOORMAN ET AL. *v.* FLORIDA DEPARTMENT OF COMMUNITY AFFAIRS. Sup. Ct. Fla. Certiorari denied.

No. 95–2036. BONNETTE ET AL. *v.* ODECO OIL & GAS CO., DRILLING DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–2037. PICKLESIMER *v.* COX ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–2039. LOGAN *v.* BENNINGTON COLLEGE CORP. C. A. 2d Cir. Certiorari denied.

No. 95–2040. TSENG FU LIN, DBA ORIENTAL JADE RESTAURANT *v.* CITY OF GOLDSBORO ET AL. Ct. App. N. C. Certiorari denied.

No. 95–2041. PARA-ORDNANCE MANUFACTURING, INC. *v.* SGS IMPORTERS INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari denied.

No. 95–2042. VARALLO *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 95–2043. WESTERN RADIO SERVICES CO., INC. *v.* GLICKMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–2044. RAY ET UX. *v.* WILLETT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–2046. HOWARD *v.* TOWN OF CHAPEL HILL ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–2047. OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION ET AL. *v.* MOUNTAINEER GAS CO. C. A. 4th Cir. Certiorari denied.